**Dated: January 9, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| IYLA SHURREEN GRIFFIN ) | Case No. 19-14550-SAH |
| and CAROLINE RENEE BROWN, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

### ORDER ON REAFFIRMATION AGREEMENT [DOC. 13]

On January 9, 2020, the court held a hearing on the Reaffirmation Agreement [Doc. 13] filed on December 9, 2019, made between the debtors and Oklahoma's Credit Union f/k/a Oklahoma Employees Credit Union regarding indebtedness secured by the following collateral:

2008 Nissan Versa.

For the reasons stated on the record in open court, the court orders that the subject Reaffirmation Agreement [Doc. 13] is hereby APPROVED.

IT IS SO ORDERED.

# # #